# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-3178

**Caption [use short title]**

**Motion for:** permission to withdraw as counsel

Set forth below precise, complete statement of relief sought:

For the reasons contained in the attached affirmation of Brendan White, and the accompanying Anders Brief, undersigned counsel respectfully moves for an order granting permission to withdraw as counsel.

**UNITED STATES V. DAVID MCCRONE**

**MOVING PARTY:** David McCrone  
**OPPOSING PARTY:** The United States of America

☐ Plaintiff ☐ Defendant  
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Brendan White  
**OPPOSING ATTORNEY:** Timothy Josiah Pertz, AUSA (SDNY)

[name of attorney, with firm, address, phone number and e-mail]

524 East 20th Street, # 6D, New York, NY  10009  
646-303-0267  
brendan@whiwhi.com

300 Quarropas Street, White Plains, NY  10601  
914-993-1966  
timothy.pertz@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Cathy Seibel (SDNY)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☐ Yes ☑ No (explain): Anders Brief

Opposing counsel's position on motion:  
☑ Unopposed ☐ Opposed ☐ Don't Know  
Does opposing counsel intend to file a response:  
☐ Yes ☐ No ☐ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below? ☐ Yes ☐ No  
Has this relief been previously sought in this court? ☐ Yes ☐ No  
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Brendan White   **Date:** 6/12/23   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

---

**Form T-1080** (rev.12-13)

```
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
-------------------------------------------X
UNITED STATES OF AMERICA,                  :
                                           :
                                           :   22-3178
         - against -                       :
                                           :
DAVID MCCRONE,                             :
                                           :
                    Defendant-Appellant.   :
-------------------------------------------X
```

AFFIRMATION OF BRENDAN WHITE, ESQ., IN SUPPORT
OF MOTION TO BE RELIEVED AS COUNSEL

BRENDAN WHITE, an attorney duly admitted to practice in this Court, hereby affirms the following under penalty of perjury:

1. Pursuant to the Order filed January 11, 2023, I represent defendant-appellant DAVID MCCRONE in the above-captioned case under the Criminal Justice Act. I make this affirmation in support of my motion to be relieved as counsel.

2. As discussed in the brief being filed herewith pursuant to Anders v. California, which brief is incorporated herein by reference, after a thorough review and conscientious examination of the district court record, which involved a guilty plea pursuant to a plea agreement that included a waiver of the right to appeal a sentence within the stipulated sentencing guidelines, no non-frivolous issues exist on appeal.

3. I have communicated with Appellant McCrone regarding the prospective issues on appeal and notified him as to my judgment that an Anders brief should be filed here, on account of the

appellate waiver contained in the plea agreement. Additionally, by letter dated today, I expressly notified him as to the following:

    a) that I am filing the Anders Brief because I was not aware of any non-frivolous issues to be raised on direct appeal;

    b) that the filing of the Anders Brief would probably result in the dismissal of his appeal and the affirmance of his conviction; and

    c) that he may request the assistance of other counsel or that he has an automatic right to file a pro se brief directly in the Court.

I have also notified Mr. McCrone by mail that in addition to his automatic right to file a pro se brief or to request that new counsel be assigned, he may have grounds to file a 2255 motion in the district court, and have included a form and instructions on how to file a 2255 motion.

WHEREFORE, it is respectfully requested that the undersigned be relieved as counsel on appeal.

DATED:   New York, New York
         June 12, 2023

                            __/s/ Brendan White____
                            Brendan White

```
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
-------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     : No. 22-3178
     - against -                     :
                                     : AFFIRMATION
DAVID MCCRONE,                       : OF SERVICE
                                     :
                    Defendant-Appellant. :
-------------------------------------X
```

BRENDAN white, an attorney duly admitted to practice in this Court, hereby affirms the following under penalty of perjury:

1. On June 13, 2023, a copy of the foregoing motion to be relieved as counsel, and a copy of the accompanying Anders Brief, was served by mail on:

David McCrone
Jail ID # 262981
Westchester County
 Correctional Facility
10 Woods Road
Valhalla, NY 10595


DATED:   New York, New York
         June 13, 2023

                                    /s/ Brendan White
                                    BRENDAN WHITE